UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIROPHARMA, INCORPORATED,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MARGARET A. HAMBURG, M.D.,** ) <br> **in her official capacity as Commissioner,** ) <br> **Food and Drug Administration,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 10-1529 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion to dismiss [Dkt. No. 13] is **GRANTED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   April 15, 2011